UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 07-655 |
| TROY LEAKE | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), and defendant TROY LEAKE (Candace Hom, AFPD, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant's omnibus pretrial motion has been pending since March 7, 2008.

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(1)(F), any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, shall be excluded in computing the time within which the trial of any offense must commence.

WHEREFORE, it is on this 1st day of April 2008,

ORDERED that the proceedings in the above-captioned matter are continued from March 7, 2008, until such date as all pretrial motions are disposed; and

IT IS FURTHER ORDERED that the period between March 7, 2008, and the date all pretrial motions are disposed shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. PETER G. SHERIDAN
United States District Judge