# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

May 7, 2008

Honorable Peter G. Sheridan
United States District Judge
Martin Luther King, Jr., Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

*So Ordered
hearing shall be 6-30-08
at 10:00 A.M.
Peter G Sheridan*

Re: **United States v. Troy Leake, Crim. No. 07-655 (PGS)**

Dear Judge Sheridan:

A suppression hearing in the above-captioned case is currently scheduled before Your Honor on Thursday, May 29, 2008, at 10:00 A.M. Due to conflicts in scheduling of both defense counsel and the government, it is requested that the hearing be adjourned until the week of June 30, 2008. The government, as per Michael Robertson, Assistant United States Attorney, consents to this request.

Your Honor's consideration of this request is greatly appreciated.

Very truly yours,

Candace Hom
Assistant Federal Public Defender

cc: Michael Robertson, AUSA (via email)