# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

October 7, 2008

Honorable Peter G. Sheridan
United States District Judge
United States Courthouse
Martin Luther King, Jr., Federal Bldg.
Newark, NJ 07102

Re: <u>United States v. Troy Leake, Crim. No. 07-655 (PGS)</u>

Dear Judge Sheridan:

On September 7, 2007, Troy Leake appeared before Your Honor for an arraignment in the above-captioned case. On August 30, 2007, Judge Salas had ordered Mr. Leake to be released on certain pretrial release conditions, including, *inter alia*, electronic monitoring and home confinement, and which permitted him to travel for medical appointments and legal visits. It is my understanding that Mr. Leake has been compliant with all release conditions up to this date.

Mr. Leake respectfully requests that the Order Setting Conditions of Release be amended by permitting him to attend the funeral of his mother-in-law, which is scheduled for Friday, October 10, 2008, at 1:00 P.M. The funeral will be held at Christian Antioch Church, located at 95 North Fifth Street, Newark, NJ 07107.

Neither the government, as per Michael Robertson, Assistant United States Attorney, nor Pretrial Services objects to these proposed modifications. I, therefore, enclose a proposed form of order. If this order meets with Your Honor's approval, kindly execute it. If you have any questions, please do not hesitate to contact me. Your Honor's consideration is greatly appreciated.

Respectfully submitted,

Candace Hom
Assistant Federal Public Defender

cc w/encl.: Michael Robertson, Esq. (AUSA) *(via email)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Cr. No. 07-655 (PGS) |
| v. : | |
| TROY LEAKE, : | HON. PETER G. SHERIDAN, U.S.D.J. |
| Defendant. : | CONSENT ORDER TO AMEND PRETRIAL RELEASE CONDITIONS |

THIS MATTER having come before the Court upon the application of Defendant Troy Leake (Candace Hom, Assistant Federal Public Defender, appearing) for an order modifying bail conditions in this matter, and the Government (Michael Robertson, Assistant United States Attorney, appearing), having no objection; and Pretrial Services having no objection; and for good cause shown;

IT IS HEREBY ORDERED on this ___7___ day of October 2008, that the bail conditions previously imposed upon Mr. Leake are modified as follows:

Mr. Leake is permitted to travel to Christian Antioch Church, 95 North Fifth Street, Newark, NJ, 07107 on Friday, October 10, 2008, at 1:00 P.M. to attend the funeral of his mother-in-law; and

IT IS FURTHER ORDERED that all other bail conditions remain the same.

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE