UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim No.: 07-655 |
| TROY LEAKE | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing), and defendant Troy Leake (Candace Hom, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within seventy (70) days of the filing date of his Indictment; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___18___ day of November 2008,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from November 17, 2008 to January 15, 2009; and

IT IS FURTHER ORDERED that the period between November 17, 2008 and January 15, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. PETER G. SHERIDAN
United States District Court Judge

Candace Hom, AFPD.
Attorney for Troy Leake

Michael H. Robertson
Assistant United States Attorney