**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

RICHARD COUGHLIN
FEDERAL PUBLIC DEFENDER

CHESTER M. KELLER
FIRST ASSISTANT

September 16, 2009

Honorable Peter G. Sheridan
United States District Judge
Clarkson E. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   United States v. Troy Leake, Crim. No. 07-655 (PGS)

Dear Judge Sheridan:

The sentencing hearing for the above-captioned case is currently scheduled for Monday, September 21, 2009, at 2:00 p.m. The first sentencing hearing had been adjourned due to efforts to obtain the underlying records of conviction and judgment regarding three offenses that were used to assess criminal history points to Mr. Leake.

I have an additional concern regarding the lack of underlying records of convictions for wandering, which I have raised to Probation and the government. Given defense counsel's position that no criminal history points should therefore accrue for those offenses due to the lack of verification, the parties are in agreement in requesting Your Honor to adjourn the sentencing, during which time efforts will presumably be made to locate such records.

If the Court has any further questions or concerns, please do not hesitate to contact me at 973-645-6347. Your Honor's consideration of this matter is greatly appreciated.

Respectfully submitted,

/s/Candace Hom
Assistant Federal Public Defender

cc:   Michael Robertson, AUSA
      Robert Zapata, USPO
      Troy Leake

*Matter is scheduled for October 1, 2009 at 12:30 pm*

SO ORDERED: /s/ Peter M. Sheridan
DATED: 9/16/09