# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA,               :
                                        :
      Plaintiffs              :        Crim. No.07-655 (PGS)
                                        :
v.                                      :        **ORDER**
                                        :
TROY LEAKE                              :
                                        :
      Defendant.              :
_____:

This matter having come before the Court on a motion by Defendant to Correct the Record Pursuant to Federal Rule of Appellate Procedure 10(e).

IT IS ORDERED that the record is amended to include the transcript of the proceeding held before the Court on January, 27, 2010, and that transcript is to be made a part of the appellate record in this case.

_____
    PETER G.  SHERIDAN, U.S.D.J.

January 27, 2010